UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE:                                                                                                  Chapter 7
Case No. 25-31019-KAC

John Thomas Sharkey

        Debtor

## ORDER GRANTING RELIEF FROM STAY

This case is before the court on the motion of Citizens Bank for relief from the automatic stay imposed by 11 U.S.C. § 362(a).

Based on the record, the court finds that grounds exist under 11 U.S.C. § 362(d) to warrant relief.

**IT IS ORDERED:**

1)     The motion for relief from stay is granted as follows.

2)     The automatic stay imposed by 11 U.S.C. § 362(a) is terminated such that the movant may exercise its rights and remedies under applicable nonbankruptcy law with respect to the following property:

Lot 9, Block 2, Inspiration, Washington County, Minnesota.

Dated: June 11, 2025                                               *s/ Katherine A. Constantine*
United States Bankruptcy Judge